GRISWOLD *v.* COMMON COUNCIL OF LUDINGTON.

MUNICIPAL CORPORATIONS — ENFORCEMENT OF JUDGMENTS — MAN-
DAMUS.

> *Mandamus* will not lie to compel the officers and common
> council of a city to pay a judgment out of moneys on hand,
> where such moneys were raised and are required for other
> purposes; the creditor's remedy being under the statute re-
> quiring such judgments to be spread upon the tax roll.

*Mandamus* by A. Linley Griswold against the com-
mon council of the city of Ludington and others to com-
pel the payment of a judgment obtained by relator against
the city.   Submitted June 7, 1898.   Writ denied June 8,
1898.

*Cutcheon & Swarthout*, for relator.

*Humphrey S. Gray*, for respondents.

PER CURIAM.   The   relator   obtained   a   judgment
against the city of Ludington.   He presented a demand
to the common council for the payment of the judg-
ment out of the funds then in the treasury.   The re-
turn of the respondents shows that the moneys then on
hand were raised and required for other purposes than
the payment of judgments against the municipality.   The
proper course for the relator is to proceed under the stat-
ute requiring judgments so recovered to be spread upon
the tax roll.

*Mandamus* denied.